UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ- 6235-HUNT

UNITED STATES OF AMERICA

v.

ANDRES RIVERA REYES

Defendant.
_____/

FILED BY_____ D.C.

APR 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: *Gregory Schiller*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501906
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     561-209-1045
Fax:
Email:   gregory.schiller@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**ANDRES RIVERA REYES**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21-MJ- 6235-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 18, 2020, November 17, 2020, February 2, 2021, and April 16, 2021** in the county of **Palm Beach and Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) and (e) | Attempt and Production of Child Pornography |
| 18 U.S.C § 2252(a)(2) and (b)(1) | Distribution of Child Pornography |
| 18 U.S.C § 2252(a)(2) and (b)(1) | Receipt of Child Pornography |
| 18 U.S.C § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
**See attached Affidavit**

☑ Continued on the attached sheet.

*Complainant's signature*

**FBI Special Agent Renee Blaize**
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/16/2021

*Judge's signature*

City and state: **Ft. Lauderdale, Florida**  **Patrick M. Hunt, United State Magistrate Judge**
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Renee Blaize (the Affiant), been duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2006. I am currently assigned to the Violent Crime Squad, and my duties include investigating violations of federal law. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography, and the online enticement of minors. In that time, I have worked many complex investigations and I have become familiar with the methods and means used by individuals engaging in on-line sexual exploitation of children. I have conducted and assisted in several child exploitation investigations and have executed search warrants (including electronic and residential) that have led to seizures of child pornography and evidence of the exploitation of minors. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2251 and 2252, et seq.

2.     In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of digital devices for receiving, transmitting, and storing child

1

pornography.

3.  The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that Andres Rivera REYES (hereinafter referred to as "REYES") has violated Title 18, United States Code, Sections 2251(a) & (e) (attempted production of child pornography), 2252(a)(2) (distribution and receipt of child pornography) and 2252(a)(4)(B) (possession of child pornography).

## SUMMARY OF THE INVESTIGATION

4.  On April 16, 2021, law enforcement executed a federal search warrant at the residence, located at 66 NW 15th Avenue, Pompano Beach, Florida, and seized, among other things, a Samsung S9 cellular telephone, IMEI 354824090927513, serial number R28K31N4N8V ("Samsung S9"), found on top of the nightstand next to REYES' bed. The phone was immediately placed in airplane mode so that no data would transfer into or out of the phone when it was examined by the FBI on scene. An on-scene forensic preview conducted on the Samsung S9 revealed in excess of 1000 videos and 4000 images of child pornography files, including several of infants or toddlers being orally and vaginally penetrated by adult males.

5.  Present during the search of the residence was REYES. REYES was interviewed to establish who utilized the aforementioned cellular phone. REYES was provided his advice of rights written in Spanish which he acknowledged, by signing an FD-395 Advice of Rights Form. REYES admitted that he was the sole user of the aforementioned Samsung S9. REYES stated he

2

was the only person who utilized the password-protected Samsung S9. REYES confirmed the phone number to be 561-***-2014.

6. REYES stated he utilized the cellular phone for chatting with minor-aged children on the application Instagram. He utilized Instagram account name Sophia12901, posing as a minor female between 8-10 years of age. REYES confirmed that he and only he utilized this account. He further explained that he chatted with minor-aged children, preferably around age 10, to obtain child pornography, and on occasion direct the minors to perform the pornographic acts. Your affiant presented REYES with the photograph used in the Instagram Sophia12901 account, which displayed an approximately 10-year-old female. REYES signed his name on the photograph after stating that he utilized the same has Instagram Sophia19201 account profile photograph.

7. Your affiant had previously obtained the Instagram Sophia19201 account records of communication via a federally executed search warrant. Within those communications were a chat between REYES (as Sophia19201) dozens of users identified as minor-aged children to produce child pornography. In one particular communication with user A.E.S.D.[1] on 5/18/2020, the following ensued:

| sophia12901 | Hi |
| A.E.S.D. | Hi |
| sophia12901 | How old are you |
| A.E.S.D. | 14 why |
| A.E.S.D. | Hello |
| sophia12901 | Send me a pic |
| A.E.S.D. | Facebook User sent an attachment. |
| A.E.S.D. | Send me a pic |
| sophia12901 | I wanna see you naked |
| A.E.S.D. | Why |
| A.E.S.D. | Hello |
| sophia12901 | Please |
| A.E.S.D. | Why are you asking a female for nudes |
| sophia12901 | I wanna see you naked |

---

[1] As this user is an unidentified minor, the full username is being redacted from this public document.

3

| | |
|---|---|
| sophia12901 | Please |
| sophia12901 | Please |
| sophia12901 | 🙏🙏😢😢 |

8. In addition, REYES stated that he utilized the application Telegram to obtain child pornography, by communicating with other Telegram users. REYES explained he sent, received, and downloaded child pornography using Telegram. REYES stored the downloaded child pornography on the aforementioned cellular telephone.

9. During the interview REYES was shown the Samsung S9, which he confirmed as belonging him. After navigating to the Telegram application on the phone, agents showed REYES chat communication with telegram users. In particular he was shown communication between Telegram user "CE"[2] and "Fig The". REYES confirmed his username is "Fig The" and he actively participated in that chat. The chat log depicts the exchange of multiple child pornography files. As REYES was shown the chat log, REYES admitted to receiving and viewing the following file, which was transmitted through the Telegram app on November 17, 2020. The file was titled and described as follows:

    a. 4_6048680031541003933.mp4 - a video file of an unidentified prepubescent female wearing a polka dot top performing oral sex on unidentified adult nude male.

10. As REYES was shown the chat log, REYES admitted to distributing the following file, which was transmitted through the telegram app, on February 2, 2021. The file was titled and described as follows:

    a. 4_6037212305651926857.mp4 - a video file of an unidentified prepubescent female wearing red and white striped thigh high socks with stars at the top, with an unidentified adult nude male on a red couch. As the video progressed, with the prepubescent

---

[2] As this user is now under federal investigation for violations of 18 USC § 2252, and not presently aware of the investigation, the full username is being redacted from this public document.

4

female lying on top of the adult male kissing him, she digitally penetrated herself. The next scene was of the prepubescent female performing oral sex on the adult male while he simultaneously performed oral sex on her. The adult male then penetrated the prepubescent female's anus with a black elongated tubular like object. Prior to the video ending the prepubescent female performs oral sex on the adult male until he ejaculates in her mouth.

11. REYES stated he has been receiving and distributing child pornography, as well as communicating with minors to have them produce child pornography for the past two (2) years.

12. REYES stated he moved to his current Broward County, Florida address in January 2021. Prior to this, he was residing in Palm Beach County, Florida. At all time during the commission of the above stated crimes, the defendant was in the Southern District of Florida

## CONCLUSION

9. Based on the aforementioned factual information, I submit that there is probable cause to support the arrest of Andres Rivera REYES for violations of Title 18, United States Code, Sections 2251(a) & (e) (attempted production of child pornography), 2252(a)(2) (distribution and receipt of child pornography) and 2252(a)(4)(B) (possession of child pornography) on April 16, 2021

Renee Blaize
Special Agent
Federal Bureau of Investigation

Sworn and Attested to me by Applicant by Telephone per Fed.R.Crim.P. 4(d) and 4.1 on April 16, 2021

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** ANDRES RIVERA REYES

**Case No:** 21-MJ- 6235-HUNT

**Count #: 1**

Production (Attempted) of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)

**\*Max. Penalty:** 30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

**Count #: 2**

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

**Count #: 3**

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

**Count #: 4**

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

**\*Refers only to possible term of incarceration, fines, special assessments and restitution; does not include possible parole terms or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-MJ- 6235- HUNT

BOND RECOMMENDATION

DEFENDANT: ANDRES RIVERA REYES

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller*
AUSA:   Gregory Schiller

Last Known Address: _____   _____

Pompano Beach, FL 33064

What Facility: _____

Agent(s):   FBI SA Renee Blaize
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)